*Orders Entered January 12, 2001:*

VERNA'S TAVERN, INC v HEITE, Docket Nos. 212011, 212029. The December
15, 2000, opinion in this matter has been reviewed pursuant to MCR
7.215(H). A majority of the judges polled have determined that a special
panel should not be convened to resolve any potential conflict with *Hoover Corners, Inc v Conklin*, 230 Mich 567; 584 NW2d 385 (1998). Therefore, a special panel will not convene.

MOLLOY v MOLLOY, Docket No. 224179. The Court orders that a special
panel shall be convened pursuant to MCR 7.215(H) to resolve the conflict
between this case and *Hilliard v Schmidt*, 231 Mich App 316; 586 NW2d
263 (1998).

The Court finds under MCR 7.215(H)(5) that the conflict at issue affects
the best interests analysis found on pages 4 to 6 of the opinion released
December 15, 2000, and that portion of the opinion is vacated. In addition,
that portion of the opinion remanding for hearing on joint legal and physical custody is held in abeyance pending the decision of the conflict panel.

The appellant may file a supplemental brief within 21 days of the clerk's
certification of this order. Appellee may file a supplemental brief within 21
days of service of appellant's brief. Nine copies must be filed with the
Clerk of the Court.